Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 69 C 2145 | DATE | 6/10/2004 |
| CASE TITLE | Shakman et al vs. The Democratic Organization | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter preliminary approval order. Hearing is set for 7/15/2004 @ 9:00 a.m.

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| ☐ No notices required, advised in open court. | | Document Number |
| ☐ No notices required. | number of notices | |
| ☐ Notices mailed by judge's staff. | JUN 15 2004 date docketed | |
| ☐ Notified counsel by telephone. | | 249 |
| ✓ Docketing to mail notices. | docketing deputy initials | |
| ☐ Mail AO 450 form. | | |
| ☐ Copy to judge/magistrate judge. | JUN 15 2004 date mailed notice | |
| TSA courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. SHAKMAN ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 69 C 2145 |
| ) | |
| THE DEMOCRATIC ORGANIZATION ) | Honorable Wayne R. Andersen |
| OF COOK COUNTY, ET AL. ) | |
| ) | |
| Defendants. ) | |

DOCKETED
JUN 1 5 2004

**PRELIMINARY APPROVAL
ORDER**

This case comes to be heard on filing of an Agreed Motion of Plaintiffs and the Forest Preserve District of Cook County ("Forest Preserve") for approval of a proposed Plan of Compliance. The Court orders as follows:

1. The proposed Plan of Compliance is preliminarily approved, subject to the holding of a hearing on the settlement as provided by this Order.

2. A hearing shall be held at 9:00 a.m. on July 15, 2004, before this Court, for the purpose of determining whether the Court should approve the proposed Plan of Compliance, all as set forth in the attached form of Notice of Hearing. The Notice is approved.

3. Prior to June 25, 2004, notice in the form attached hereto as Exhibit A shall be published on one day in the Chicago Tribune, which newspaper has a circulation through the Northern District of Illinois in excess of 750,000. For the purpose of this Publication, the Notice shall not include as an exhibit the texts of the proposed Plan of Compliance but the text shall be available on the Forest Preserve website at www.fpdcc.com. Notice of the Plan of Compliance shall also be delivered to each employee of the Forest Preserve in the form attached hereto as Exhibit A. Appropriate affidavits showing that the Notice has been given as provided in this Paragraph 3 shall be field with the Court no later than July 12, 2004.

ENTER:

_____
United States District Judge

June 10, 2004

249