IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. SHAKMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 69 C 2145 |
| | ) | Judge Wayne R. Andersen |
| DEMOCRATIC ORGANIZATION OF | ) | Magistrate Judge Schenkier |
| COOK COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLIANCE ADMINISTRATOR'S NINTH
## UNOPPOSED PETITION FOR PAYMENT

Julia M. Nowicki, *Shakman* Compliance Administrator, by and through her attorney Peter A. Monahan, submits this Ninth Unopposed Petition for Payment of reasonable and necessary fees and costs incurred in her role as the Compliance Administrator.

1. On November 30, 2006, this Court entered a Supplemental Relief Order ("SRO"), appointing Julia M. Nowicki to serve as the Compliance Administrator ("CA") in the above-captioned matter.

2. The Court ordered Defendant COOK COUNTY to compensate the CA, her counsel and staff at reasonable and customary hourly rates as set forth in the SRO. (See SRO, Sec. I(C), p. 4).

3. The Court also ordered Defendant COOK COUNTY to pay the CA any and all reasonable costs necessary to fulfill the CA's work. (See SRO, Sec. I(C), p. 4).

4. During the period of May 11, 2007 through May 24, 2007, the CA's office, including fees and costs, incurred $23,567.50.

5. The State's Attorney's Office, as attorney for the County, has reviewed the invoice dated June 4, 2007, and concurs that the fees and costs incurred are reasonable and necessary for the CA's fulfillment of her duties and responsibilities pursuant to the SRO.

WHEREFORE, the CA respectfully requests that this Court order Defendant COOK COUNTY to submit payment as soon as practicable in the amount of $23,567.50 to Julia M. Nowicki, as Compliance Administrator in the above-captioned matter.

Respectfully submitted,

/s/ Peter A. Monahan
Peter A. Monahan
Counsel to the Compliance Administrator
Office of the Cook County
Compliance Administrator
300 S. Wacker Drive, Suite 1700B
Chicago, IL  60606

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. SHAKMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 69 C 2145 |
| | ) | Judge Wayne R. Andersen |
| DEMOCRATIC ORGANIZATION OF | ) | Magistrate Judge Schenkier |
| COOK COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on the Compliance Administrator's Ninth Unopposed Petition for Payment. The Court being fully advised of the premises:

IT IS HEREBY ORDERED

1. The Compliance Administrator's Ninth Unopposed Petition for Payment is granted.

2. The Court orders Defendant COOK COUNTY to submit payment as soon as practicable in the amount of $23,567.50 to Julia M. Nowicki, as Compliance Administrator.

ENTERED:

_____
Judge Wayne R. Andersen

Dated: _____

# CERTIFICATE OF SERVICE

       I hereby caused the foregoing to be served upon the persons listed pursuant to ECF as to filing users under Local Rule 5.5 and/or via U.S. Mail on June 4, 2007, as follows:

| | |
|---|---|
| Richard A. Devine | Roger R. Fross |
| Patrick M. Blanchard | Brian I. Hays |
| Patrick T. Driscoll, Jr. | Lord, Bissell & Brook |
| Cook County State's Attorney | 111 S. Wacker Drive |
| 500 Richard J. Daley Center | Chicago, IL 60606-4410 |
| Chicago, IL 60602 | |

Michael Shakman
Edward W. Feldman
Miller, Shakman & Beem
180 North LaSalle Street, Suite 3600
Chicago, IL 60601

                                                /s/ Peter A. Monahan
                                                Peter A. Monahan