UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Michael L Shakman, et al.

                                      Plaintiff,

v.                                                       Case No.: 1:69–cv–02145
                                                             Hon. Wayne R. Andersen

Democratic Organization of Cook County, The, et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

       MINUTE entry before Judge Honorable Wayne R. Andersen:Enter MEMORANDUM, OPINION AND ORDER: For the foregoing reasons, we grant in part and deny in part Plaintiffs' six petitions for attorneys' fees and costs [630]. We award Plaintiffs attorneys' fees in the amount of $3,600,000.00. Plaintiffs are not awarded separate pre–justgement interest on the attorneys' fee award, but interest will begin to run on the award on April 1, 2008 until the date of payment. Plaintiffs are awarded costs in the amount of $84,150.40 plus interest on the costs. The attorneys' fees and costs award shall be disbursed by the City of Chicago to Roger Fross of Locke, Lord, Bissell & Liddell LLP for allocated among the various counsel to Plaintiffs that have participated in this litigation. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.