Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 69 C 2145 | DATE | 5/12/2008 |
| CASE TITLE | Shakman et al vs. Democratic Organization of Cook County et al | | |

**DOCKET ENTRY TEXT**

It is hereby ordered that the compliance administrator's twenty sixth unopposed petition for payment is granted. The Court orders defendant Cook County to submit payment as soon as practicable in the amount of $125,284.63 to Julia M. Nowicki, as Compliance Administrator.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: TSA