IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. SHAKMAN, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 69 C 2145<br>Judge Wayne R. Andersen |
| DEMOCRATIC ORGANIZATION OF COOK COUNTY, et al., | ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) ) | |

## ORDER

This matter comes before the Court on the Compliance Administrator's Twenty Sixth Unopposed Petition for Payment. The Court being fully advised of the premises:

IT IS HEREBY ORDERED

1. The Compliance Administrator's Twenty Sixth Unopposed Petition for Payment is granted.

2. The Court orders Defendant COOK COUNTY to submit payment as soon as practicable in the amount of $125,284.63 to Julia M. Nowicki, as Compliance Administrator.

ENTERED:

_____
Judge Wayne R. Andersen

Dated: May 12, 2008