IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. SHAKMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 69 C 2145 |
| ) | Judge Wayne R. Andersen |
| DEMOCRATIC ORGANIZATION OF ) | Magistrate Judge Schenkier |
| COOK COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

This matter comes before the Court on the Compliance Administrator's, Mary Robinson, Forty-First Petition for Payment. The Court being fully advised of the premises:

IT IS HEREBY ORDERED

1. The Compliance Administrator's Forty-First Petition for Payment is granted.

2. The Court orders Defendant COOK COUNTY to submit payment as soon as practicable in the amount of $59,626.25 to Mary T. Robinson, as Compliance Administrator.

ENTERED:

_____
Judge Wayne R. Andersen

Dated: June 25, 2009