IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. SHAKMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 69 C 2145 |
| ) | Judge Wayne R. Andersen |
| ) | Magistrate Judge Schenkier |
| SHERIFF OF COOK COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

### CLIFFORD L. MEACHAM, SHERIFF'S COMPLIANCE ADMINISTRATOR, AGREED ORDER

This matter comes before the Court on the Sheriff of Cook County Compliance Administrator's Fifteenth Unopposed Petition for Payment. The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** as follows:

1. The Sheriff's Compliance Administrator's Fifteenth Unopposed Petition for Payment is granted.

2. The Court orders Cook County, to submit payment as soon as practicable in the amount of $35,608.33 to Clifford L. Meacham, as Sheriff's Compliance Administrator.

**Entered:**

_____
**United States District Judge**
**For the Northern District of Illinois**
**Honorable Wayne R. Andersen**

Dated: August 10, 2009

**CERTIFICATE OF SERVICE**

_____I hereby caused the foregoing to be served upon the persons listed pursuant to ECF as to filing users under Local Rule 5.5 and/or via U.S. Mail on _____ as follows:

| | |
|---|---|
| Michael Shakman | Peter Kramer |
| Edward W. Feldman | General Counsel, Cook County Sheriffs Office |
| Miller, Shakman & Beem | Daley Center, Suite 704 |
| 180 N. LaSalle Street, Suite 3600 | Chicago, IL 60602 |
| Chicago, IL 60601 | |
| | |
| Roger Fross | Brette Bensinger |
| Brian I. Hays | Robert Shannon |
| Locke Lord Bissell & Liddell, LLP | Hinshaw & Culbertson |
| 111 S Wacker Dr | 222 N LaSalle St., Suite 300 |
| Chicago, IL 60606 | Chicago, IL 60601 |

/s/PeterA.Monahan
Peter A. Monahan