**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL L. SHAKMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 69 C 2145 |
| v. | ) | |
| | ) | |
| THE DEMOCRATIC ORGANIZATION of COOK COUNTY, et al. | ) ) | Honorable Judge Wayne R. Andersen |
| | ) | |
| Defendants. | ) | |

**GOVERNOR PAT QUINN'S UNOPPOSED MOTION
FOR LEAVE TO FILE AN OVERSIZE BRIEF INSTANTER**

NOW COMES Pat Quinn, in his official capacity as Governor of the State of Illinois, by and through his attorney, Lisa Madigan, Attorney General of Illinois, and hereby moves this Court for leave to file an oversize brief instanter:

1. On December 22, 2009, Plaintiffs filed a Motion for Entry of Supplemental Relief against Governor Pat Quinn of the State of Illinois.

2. This Court directed Governor Quinn to respond to Plaintiffs' Motion by February 19, 2010.

3. Because of the complexity of the issues raised by Plaintiffs' Motion, and the extensive history of this litigation, Governor Quinn respectfully requests leave to file a brief in excess of the page limitations set by this Court.

4. Governor Quinn's Response to Plaintiffs' Motion exceeds the page limitations for this Court in that the brief is 23 pages long.

5. Counsel for Governor Quinn has spoken with Edward W. Feldman, counsel for Plaintiffs, and he has stated that Plaintiffs have no objection to this request.

2

WHEREFORE, for the foregoing reasons, Defendant Pat Quinn respectfully requests that this Court grant him leave to file an oversize brief instanter.

                                                            Respectfully submitted,

LISA MADIGAN                               PAT QUINN, in his official capacity
Illinois Attorney General                  as the Governor of the State of Illinois

                                        By:      /s/ Brent D. Stratton
                                                     BRENT D. STRATTON
                                                     DEBORAH J. ALLEN
                                                     DAVID M. FRIEBUS
                                                     Office of the Attorney General
                                                     100 West Randolph Street, 12th Floor
                                                     Chicago, IL 60601
                                                     (312) 814-2560