IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. SHAKMAN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 69 C 2145 |
| | ) Judge Wayne R. Andersen |
| FOREST PRESERVE DISTRICT OF | ) Magistrate Judge Schenkier |
| COOK COUNTY, et al., | ) |
| Defendants. | ) |

## **ORDER**

This matter comes before the Court on the District Compliance Administrator's Petition for Payment of Invoice No. 1032, 1033, 1034, 1035,1037, 1038 and 1039. The Court being fully advised on the premises:

IT IS HEREBY ORDERED

1. The District Compliance Administrator's Petition for Payment of Invoice No.1032,1033,1034,1035,1037,1038 and 1039. is granted.

2. The Court orders Defendant FOREST PRESERVE DISTRICT OF COOK COUNTY to submit payment as soon as practicable in the amount of $293,195.23 to Jan Carlson, as District Compliance Administrator.

ENTERED:

_Wayne Andersen_
Judge Wayne R. Andersen

February 26, 2010