IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL L. SHAKMAN, et al.,     )
 )
        Plaintiffs,    )
 )
       vs.     )    Case No. 69 C 2145
 )    Judge Wayne R. Andersen
 )    Magistrate Judge Schenkier
SHERIFF OF COOK COUNTY, et al.,   )
 )
     Defendants.   )

**CLIFFORD L. MEACHAM, SHERIFF'S COMPLIANCE ADMINISTRATOR,
AGREED ORDER**

This matter comes before the Court on the Sheriff of Cook County Compliance Administrator's Thirty-Second Unopposed Petition for Payment. The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** as follows:

1. The Sheriff's Compliance Administrator's Thirty-Second Unopposed Petition for Payment is granted.

2. The Court orders Cook County, to submit payment as soon as practicable in the amount of $66,216.00 to Clifford L. Meacham, as Sheriff's Compliance Administrator.

**Entered:**

_Wayne Andersen_

**United States District Judge
For the Northern District of Illinois
Honorable Wayne R. Andersen**

Dated: April 12, 2010