IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| MICHAEL L. SHAKMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 69 C 2145 |
| | ) | Judge Wayne R. Andersen |
| FOREST PRESERVE DISTRICT OF | ) | Magistrate Judge Schenkier |
| COOK COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**FOREST PRESERVE COMPLIANCE ADMINISTRATOR'S
PETITION FOR PAYMENT OF INVOICE NO. 1048 and 1049**

Jan Carlson, *Forest Preserve District* Compliance Administrator, by and through his attorney, Peter A. Monahan, submits his Petition for Payment of Invoice No.1048 and 1049 for reasonable and necessary fees and costs incurred in his role as the District Compliance Administrator.

1. On January 14, 2009, this Court entered a Supplemental Relief Order ("SRO"), appointing Jan Carlson to serve as the District Compliance Administrator ("DCA") in the above-captioned matter.

2. The Court ordered Defendant FOREST PRESERVE DISTRICT OF COOK COUNTY to compensate the DCA, his counsel and staff at reasonable and customary hourly rates as set forth in the SRO.

3. The Court also ordered Defendant FOREST PRESERVE DISTRICT OF COOK COUNTY to pay the DCA any and all reasonable costs necessary to fulfill the DCA's work.

4.      During the Invoice 1048 period of 06/01/10   through 06/15/2010, the DCA's office, including fees and costs, incurred $44, 669.15. And during the Invoice 1049 period of 06/16/2010 through 06/30/2010, the DCA's office including fees and cost incurred $44,773.75.

5.      The FOREST PRESERVE DISTRICT OF COOK COUNTY, by and through its Legal Department, has reviewed the Invoices 1048 and 1049  and concurs that the fees and costs incurred are reasonable and necessary for the DCA's fulfillment of his duties and responsibilities pursuant to the SRO.

WHEREFORE, the DCA respectfully requests that this Court order Defendant FOREST PRESERVE DISTRICT OF COOK COUNTY to submit payment as soon as practicable in the amount of $89,442.90 to Jan Carlson, as Compliance Administrator in the above-captioned matter.

Respectfully submitted,

/s/ Peter A. Monahan_____
Peter A. Monahan
Counsel to the District Compliance Administrator
Office of the Forest Preserve District Compliance Administrator
69 W. Washington, Suite 840
Chicago, IL 60602