IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. SHAKMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 69 C 2145 |
| ) | Judge Wayne R. Andersen |
| FOREST PRESERVE DISTRICT OF ) | Magistrate Judge Schenkier |
| COOK COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter comes before the Court on the District Compliance Administrator's Petition for Payment of Invoice No. 1050. The Court being fully advised on the premises:

IT IS HEREBY ORDERED

1. The District Compliance Administrator's Petition for Payment of Invoice No.1050 is granted.

2. The Court orders Defendant FOREST PRESERVE DISTRICT OF COOK COUNTY to submit payment as soon as practicable in the amount of $44,457.45 to Jan Carlson, as District Compliance Administrator.

ENTERED:

_____
Magistrate Judge Sidney I. Schenkier

Dated: 08-06-10

## **CERTIFICATE OF SERVICE**

 I hereby caused the foregoing to be served upon the persons listed pursuant to ECF as to filing users under Local Rule 5.5 and/or via U.S. Mail on _____ as follows:

Burt Odelson
Odelson & Sterk, Ltd
3318 W. 95th Street
Evergreen Park, Illinois 60805

Roger R. Fross
Brian I. Hays
Lord, Bissell & Brook
111 S. Wacker Drive
Chicago, Illinois 60606

Michael Shakman
Edward W. Feldman
Miller, Shakman & Beem
180 North LaSalle Street, Suite 3600
Chicago, Illinois 60601