IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. SHAKMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 69 C 2145 |
| ) | Magistrate Judge Sidney I. Schenkier |
| SHERIFF OF COOK COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

### CLIFFORD L. MEACHAM, SHERIFF'S COMPLIANCE ADMINISTRATOR, AGREED ORDER

This matter comes before the Court on the Sheriff of Cook County Compliance Administrator's Forty-First Unopposed Petition for Payment. The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** as follows:

1. The Sheriff's Compliance Administrator's Forty-First Unopposed Petition for Payment is granted.

2. The Court orders Cook County, to submit payment as soon as practicable in the amount of $37,926.71 to Clifford L. Meacham, as Sheriff's Compliance Administrator.

**Entered:**

**Magistrate Judge Sidney I. Schenkier**

Dated: 08-09-10

## **CERTIFICATE OF SERVICE**

    I hereby caused the foregoing to be served upon the persons listed pursuant to ECF as to filing users under Local Rule 5.5 and/or via U.S. Mail on _____ as follows:

| | |
|---|---|
| Michael Shakman<br>Edward W. Feldman<br>Miller, Shakman & Beem<br>180 N. LaSalle Street, Suite 3600<br>Chicago, IL 60601 | Peter Kramer<br>General Counsel, Cook County Sheriffs Office<br>Daley Center, Suite 704<br>Chicago, IL 60602 |
| Roger Fross<br>Brian I. Hays<br>Locke Lord Bissell & Liddell, LLP<br>111 S Wacker Dr<br>Chicago, IL 60606 | Brette Bensinger<br>Robert Shannon<br>Hinshaw & Culbertson<br>222 N LaSalle St., Suite 300<br>Chicago, IL 60601 |

                                                                                                                  **/s/Helen Burke**
                                                                                                                  Helen Burke