**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **MICHAEL L. SHAKMAN, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  69 C 2145** |
| | ) | |
| | ) | **Sidney I. Schenkier, U.S. Magistrate Judge** |
| | ) | |
| **DEMOCRATIC ORGANIZATION OF COOK COUNTY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**COMPLIANCE ADMINISTRATOR MARY ROBINSON'S ONE HUNDRED AND**
**TENTH PETITION FOR PAYMENT**

Mary T. Robinson, Shakman Compliance Administrator, by and through her attorney Matthew D. Pryor, submits the One Hundred and Tenth Petition for Payment of reasonable and necessary fees and costs incurred in her role as the Compliance Administrator.

1.      On November 30, 2006, this Court entered a Supplemental Relief Order ("SRO"), appointing Julia M. Nowicki to serve as the Compliance Administrator ("CA") in the above-captioned matter.

2.      On March 2, 2009, this Court appointed Mary T. Robinson to serve as CA.

3.      The Court ordered Defendant COOK COUNTY to compensate the CA, her counsel and staff at reasonable and customary hourly rates as set forth in the SRO.  (See SRO, Sec. I(C), p. 4).

4.      The Court also ordered Defendant COOK COUNTY to pay the CA any and all

reasonable costs necessary to fulfill the CA's work.  (See SRO, Sec. I(C), p. 4).

5. During the period of August 1 through August 31, 2014 CA's office, including fees and costs, incurred $42,148.91.

6. The State's Attorney's Office, as attorney for the County, has reviewed the invoice dated August 31, 2014 and concur that the fees and costs incurred are reasonable and necessary for the CA's fulfillment of her duties and responsibilities pursuant to the SRO.

WHEREFORE, the CA respectfully requests that this Court order Defendant COOK COUNTY to submit payment as soon as practicable in the amount of $42,148.91 to Mary T. Robinson, as Compliance Administrator in the above-captioned matter.

Respectfully submitted,

/s/ Matthew D. Pryor
Matthew D. Pryor
Counsel to the Compliance Administrator
Office of the Cook County
Compliance Administrator
69 W. Washington, Suite 840
Chicago, IL  60602