**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Michael L Shakman, et al.

                    Plaintiff,

v.

                    Case No.: 1:69–cv–02145
                    Honorable Sidney I. Schenkier

Matthew Bieszczat, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 22, 2014:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status and motion hearings held. The parties report on the status of the case. For the reasons stated on the record, plaintiffs' amended motion for entry of supplemental relief with respect to the Governor of Illinois (doc. #[3744]) is granted in part and denied in part. The Court grants plaintiffs' request for the appointment of a special master with respect to certain matters raised in the amended motion concerning the Illinois Department of Transportation. The parties shall meet and confer and propose to the Court an order, consistent with the Court's statement on the record, specifying the work to be performed by the special master. The Court denies plaintiffs#039; request for leave to take additional discovery. The matter is set for a further status hearing with the magistrate judge on 10/29/14 at 9:30 a.m. in Chambers, Rm. #1846. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.