IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. SHAKMAN and PAUL M. LURIE, et al., | ) ) ) |
| Plaintiffs, | ) ) Case No. 69 C 2145 |
| v. | ) ) Sidney I. Schenkier |
| COOK COUNTY ASSESSOR, et al., | ) Magistrate Judge ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION TO AWARD PLAINTIFFS' ATTORNEYS' FEES AND COSTS
WITH RESPECT TO THE COOK COUNTY ASSESSOR**

Plaintiffs, PAUL M LURIE, et al. ("Plaintiffs"), by their attorneys, respectfully ask the Court to enter an order in a form attached as Exhibit 1 awarding the Plaintiffs' their reasonable attorneys' fees and costs for work performed through September 30, 2019. In support of their motion, the Plaintiffs state as follows:

On September 19, 2012, the Court granted final approval of the Agreed Order addressing outstanding issues between the Plaintiffs and the Cook County Assessor's Office. Section VIII provided that the parties would attempt to reach agreement on an award of attorneys' fees and costs to the Plaintiffs and that such award would be paid by Cook County.

Notice that counsel intended to seek recovery of the fees and costs incurred monitoring the Consent Decrees and the Agreed Order was provided to class members along with the notice of approval of the Agreed Order.

The Assessor has reviewed the invoices and the parties have negotiated and agreed to the amount of fees and costs Plaintiffs now seek.

WHEREFORE, for the foregoing reasons, the Plaintiffs respectfully ask this Court to enter the attached unopposed Order Awarding Plaintiffs' Attorneys' Fees and Costs awarding the Plaintiffs $29,724.80 in fees and costs to Locke Lord LLP.

Dated:   October 16, 2019                                      Respectfully submitted,

                                                           PAUL M. LURIE, et al.

                                        By:   /s/ Brian I. Hays
                                                   One of Their Attorneys

Roger R. Fross
Brian I. Hays
Locke Lord LLP
111 S. Wacker Drive
Chicago, Illinois  60606
(312) 443-1707

# Exhibit 1

81531846v.1 8425200/00043

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. SHAKMAN, et al., | ) | |
| | ) | No. 69 C 2145 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon. Sidney Schenkier |
| COOK COUNTY ASSESSOR, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**
**AWARDING PLAINTIFFS' ATTORNEYS' FEES AND COSTS**
**WITH RESPECT TO COOK COUNTY ASSESSOR**

This case is before the Court on Plaintiffs' Unopposed Motion to Award Plaintiffs' Attorneys' Fees and Costs with Respect to the Cook County Assessor for time through September 30, 2019 filed by Locke Lord LLP. The Court is advised that the Plaintiffs and defendant Cook County Assessor have reached an agreement on the amount to be awarded to Plaintiffs' counsel.

The Court finds that the award of fees and costs is reasonable and appropriate and fairly compensates counsel for their efforts on behalf of the Plaintiff classes.

Plaintiffs' counsel is hereby awarded $29,724.80 in fees and costs to Locke Lord LLP to be paid by the County of Cook.

It is so ordered.

Dated: October __, 2019      _____
                              Sidney Schenkier
                              Magistrate Judge

**Certificate of Service**

      I, Brian I. Hays, an attorney, state that on October 16, 2019, I caused a true and correct copy of the foregoing to be served via e-filing upon all counsel of record.

          /s/ Brian I. Hays