*Michael L. Shakman and Paul M. Lurie, et al. v. Cook County Clerk, et al.*

*Cook County Clerk's Response to Plaintiffs' Motion for Supplemental Relief*

*Exhibit List*

| | |
|---|---|
| A. | Transcript of Proceedings, 09/11/2019 |
| B. | Office of the Independent Inspector General Report No. IIG19-0222, 08/08/2019 |
| C. | Report from Clerk's Chief Legal Counsel, 03/27/2019 |
| D. | Exempt Lists, 2015-2019 |
| E. | FOIA Request, 04/24/2019 |
| F. | Letter from Brian Hays, 05/03/2018 |