UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Eastern Division

Michael L Shakman, et al.
                            Plaintiff,
v.                                              Case No.: 1:69−cv−02145
                                                Honorable Edmond E. Chang
Chicago Park District, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 4, 2020:

MINUTE entry before the Honorable Edmond E. Chang: In light of Third Amended General Order 20−0012, but balanced against the public interest to move forward where possible, the Court sets the following scheduling order. Any of the parties and monitors may move for a scheduling adjustment (and if agreed, may jointly email the courtroom deputy in lieu of a motion at Michael_Wing@ilnd.uscourts.gov). **1. Assessor's Office.** Given the relatively recent filing of Report 15 of the Assessor Compliance Administrator, R. 6837 (04/21/2020), and the next status report deadline (08/17/2020), the next status hearing is set for 08/20/2020 at 8:30 a.m. In the meantime, the Court hopes that progress will be made on the action items in Report 15. **2. Clerk of the Circuit Court.** The next in−camera, off−record status hearing is set for 07/30/2020 at 9:15 a.m. The Court asks the parties and the Compliance Administrator to email to the courtroom deputy a joint agenda of discussion items by 07/27/2020; if there are helpful filings and pertinent pages that the Court should read in advance, please cite them in the joint agenda. **3. County Clerk.** Under Third Amended General Order 20−0012, the initial report deadlines are reset: the Special Master shall serve on the parties a draft of her initial report by 08/31/2020. The parties shall provide any comments on the draft report by 09/08/2020. The Special Master shall file her initial report by 09/15/2020. The time period of the appointment, R. 6829 at 44, remains through 08/31/2021, as does the 06/30/2021 deadline to advise whether the appointment should be extended. Rather than wait until after the initial report, the Court sets an in−court status hearing for 07/30/2020 at 10:00 a.m., to check on progress and any other issues the parties or the Special Master wishes to raise. If the parties and the Special Master think it useful, they may email to the courtroom deputy a joint agenda of discussion items by 07/27/2020; if there are helpful filings and pertinent pages that the Court should read in advance, please cite them in the joint agenda. **4. Recorder.** In light of the relatively recent filing of Report 22 of the Recorder Compliance Administrator, R. 6852 (04/27/2020), the Court sets an in−court status hearing for 07/30/2020 at 10:00 a.m., to coincide with the status hearing on the County Clerk. If the parties and the Recorder Compliance Administrator think it useful, they may email to the courtroom deputy a joint agenda of discussion items by 07/27/2020; if there are helpful filings and pertinent pages that the Court should read in advance, please cite them in the joint agenda. **5. State of Illinois.** Given the State's legal team';s involvement in the pandemic response, the Court aspirationally resets the State's response deadline to

Plaintiffs' motion to clarify or expand [6789] to 07/13/2020. That is the same deadline for any filing on the motion by HEM. Plaintiffs' reply is due by 07/27/2020. The next in−camera, off−record status hearing is set for 07/30/2020 at 8:30 a.m. The Court asks the parties to email to the courtroom deputy a joint agenda of discussion items by 07/27/2020; if there are helpful filings and pertinent pages that the Court should read in advance, please cite them in the joint agenda. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.