## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Michael L Shakman, et al.

                              Plaintiff,

v.                                                         Case No.: 1:69−cv−02145
                                                          Honorable Edmond E. Chang

Chicago Park District, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 5, 2020:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to R. 6901, counsel for the Recorder and County report that Plaintiffs in Pillows et al., 18−cv−07497, do not object to the motion [6898] to reassign the case. Under Local Rule 40.4, the Court grants the motion to reassign 18−cv−07497. The order will be processed with the Executive Committee. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.