# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. SHAKMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEMOCRATIC ORGANIZATION OF COOK COUNTY, et al., <br><br> Defendants. | Case No. 69-2145 <br><br> Judge Edmond E. Chang |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that on this 26th day of April, 2021, Defendant JB Pritzker, in his official capacity as Governor of the State of Illinois, appeals to the United States Court of Appeals for the Seventh Circuit from the order and opinion (Docs. 7369, 7370) issued by the Honorable Judge Edmond E. Chang on March 31, 2021, denying the Governor's motion to terminate the consent decree. Jurisdiction is proper under 28 U.S.C. § 1292(a)(1).

Dated: April 26, 2021

KWAME RAOUL
Illinois Attorney General

Respectfully submitted,

JB Pritzker, in his official capacity
as the Governor of the State of Illinois

By: /s/ Brent D. Stratton
BRENT D. STRATTON
Office of the Illinois Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601
(312) 814-4499

## CERTIFICATE OF FILING AND SERVICE

I certify that on April 26, 2021, I electronically filed this Notice of Appeal with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system.

All other participants in the case are CM/ECF users and will be served by that system.

/s/ Brent D. Stratton
BRENT D. STRATTON