IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. SHAKMAN, and PAUL M. LURIE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) ) | Case No. 69 C 2145<br>Hon. Edmond E. Chang<br>Mag. Judge Gabriel A. Fuentes |
| CLERK OF COOK COUNTY, et al., | ) ) ) | |
| Defendants. | ) | |

### COUNTY CLERK COMPLIANCE ADMINISTRATOR'S ORDER FOR PAYMENT OF INVOICE #18

This matter comes before the Court on the County Clerk Compliance Administrator's Eighteenth Petition for Payment. The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** as follows:

1. The County Clerk Compliance Administrator's Eighteenth Petition for Payment is granted.

2. The Court orders Cook County, to submit payment as soon as practicable in the amount of $45,113.04 to Cardelle Spangler, as County Clerk Compliance Administrator.

_____
**Honorable Edmond E. Chang**

**Dated: November 22, 2021**