IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. SHAKMAN, et al., | ) | |
| | ) | No. 69 C 2145 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon. Edmond E. Chang |
| COOK COUNTY ASSESSOR, et al. | ) | District Judge |
| | ) | |
| Defendants. | ) | |

**ORDER
AWARDING PLAINTIFFS' ATTORNEYS' FEES AND COSTS
WITH RESPECT TO COOK COUNTY ASSESSOR**

This case is before the Court on Plaintiffs' Unopposed Motion to Award Plaintiffs' Attorneys' Fees and Costs with Respect to the Cook County Assessor for time through December 31, 2021 filed by Locke Lord LLP. The Court is advised that the Plaintiffs and defendant Cook County Assessor have reached an agreement on the amount to be awarded to Plaintiffs' counsel.

The Court finds that the award of fees and costs is reasonable and appropriate and fairly compensates counsel for their efforts on behalf of the Plaintiff classes.

Plaintiffs' counsel is hereby awarded $22,131.60 in fees and costs to Locke Lord LLP to be paid by the County of Cook.

It is so ordered.

Dated: January 25, 2022

_____
Edmond E. Chang
District Judge