UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. SHAKMAN, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 1:69-CV-02145 ) ) Judge Edmond Chang |
| CLERK OF THE CIRCUIT COURT OF COOK COUNTY et al., | ) ) ) |
| Defendants. | ) |

**CLERK OF THE CIRCUIT COURT OF COOK COUNTY
COMPLIANCE ADMINISTATOR, SUSAN G. FEIBUS',
<u>AGREED ORDER FOR PAYMENT OF INVOICE NO. 39</u>**

This matter comes before the Court on the Clerk of the Circuit Court of Cook County Compliance Administrator, Susan G. Feibus' Thirty-Ninth Petition for Payment. The Court being fully advised in the premises:

**IT IS HEREBY ORDERED**

1. The Clerk of the Circuit Court of Cook County Compliance Administrator's Thirty-Ninth Unopposed Petition for Payment is granted.

2. The Court orders Cook County to submit payment as soon as practicable in the amount of **$29,437.71** to Susan Feibus as the Compliance Administrator for the Clerk of the Circuit Court of Cook County in this matter.

**Entered:**

_____
**Judge Edmond Chang**

Dated: 05/18/2022